UNITED STATES BANKRUPTCY COURT
EASterN DISTRICT OF NEW YORK
-----------------------------------------------X   Chapter 13
In Re:                                             Case No: 17-71984
Martin A. Hajdu
        Debtors          **<u>AMENDED CHAPTER 13 PLAN</u>**
-----------------------------------------------X .

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the *Debtor* shall pay to the trustee the sum of $2,424 monthly for sixty (60) months.

2. From the payments so received, the trustee shall make disbursements as follows:
    (a) Priority claims

        (i) Upon confirmation of plan, full payment of administrative claims pursuant to 11 U.S.C §507( c )2, including debtor's legal fees of $1,500.

        (ii) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507 as follows: None

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES AND INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S)**

        (i) The first mortgage held by Select Portfolio with offices at P O Box 65250, Salt Lake City, Utah (... 8530) is in arrears and the pre-petition arrears in the sum of $130,684 shall be paid without interest over the life of the plan.

    (c) Subsequent and/or concurrently with distributions to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: NO PERCENT PAYMENT TO UNSECURED CREDITORS; THERE ARE NO UNSECURED CREDITORS

3.  All lease agreements are hereby assumed, unless specifically rejected as follows: None

Page 2

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2 (c), <u>less than one hundred percent (100%)</u>, the debtor(s) shall provide the trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor's property shall revest in the debtor(s) upon completion of the Plan or dismissal of the case, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

Dated: 6/27/17

LAW OFFICE OF KENNETH HALPERN
Attorney for Debtor

By: _____
KENNETH HALPERN

_____
Martin A. Hajdu, Debtor