**Fill in this information to identify the case:**

Debtor 1: Martin A. Hajdu

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __New York__
(State)

Case number: 17-71984

# Form 4100R

## Response to Notice of Final Cure Payment  - AMENDED                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 5 3 0

**Property address:** 105 Linwood Avenue
Number     Street

Bellmore     NY     11710
City            State    ZIP Code

**Loan Modified by Order Dated 08/02/2018

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:              + (b) $ _____

c. **Total**. Add lines a and b.                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      ___/___/___
MM / DD / YYYY

Debtor 1  **Martin A. Hajdu**
First Name    Middle Name    Last Name

Case number (if known) **17-71984**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/Richard Postiglione, Esq.**
Signature

Date **01/ 08/ 2019**

Print  **Richard**    **Postiglione**
First Name    Middle Name    Last Name

Title  **Attorney for Creditor**

Company  **Friedman Vartolo, LLP**

If different from the notice address listed on the proof of claim to which this response applies:

Address  **1325 Franklin Avenue, Suite 230**
Number    Street

**Garden City**    **NY**    **11530**
City    State    ZIP Code

Contact phone  **( 212 ) 471 – 5100**

Email  **bankruptcy@FriedmanVartolo.com**

---

Form 4100R  |  Response to Notice of Final Cure Payment  |  page **2**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
   IN RE: : CASE NO.: 17-71984-reg
: CHAPTER: 13
   Martin A. Hajdu, :
:
   Debtor. : HON. JUDGE.: Robert E. Grossman
:
:
:
:
:
:
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    On January 8, 2019, I served a true copy of the annexed **AMENDED REPONSE TO NOTICE OF FINAL CURE PAYMENT by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

    By: /s/Richard Postiglione
    FRIEDMAN VARTOLO LLP
    1325 Franklin Avenue, Ste. 230
    Garden City, New York 11530
    T: (212) 471-5100
    F: (212) 471-5150

**S**ERVICE **L**IST

Martin A. Hajdu
105 Linwood Avenue
Bellmore, NY 11710
***Debtor***

Kenneth Halpern
Kenneth Halpern, Esq.
One Old Country Road
Suite 125
Carle Place, NY 11514
***Debtor`s Attorney***

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***